JUNE 27, 1960.

No. 1, Original. NEW MEXICO *v.* COLORADO. The report of the Boundary Commissioner is received and ordered filed. Exceptions, if any, to the report of the Boundary Commissioner may be filed by the parties within 90 days.

No. ——. IN RE BURKE. The motion to amend the attorneys' roll to show the change of name of *Mary Elizabeth Burke* to *Mary Burke Flax* is granted.

No. ——. IN RE BORKOWSKI. The motion to amend the attorneys' roll to show the change of name of *Nathan A. Borkowski* to *Nathan Alfred Bork* is granted.

No. 764. BAILEY *v.* ALVIS, WARDEN. The order of March 7, 1960, granting certiorari to the Supreme Court of Ohio, 362 U. S. 909, is amended so as to limit review to the question decided in *Burns* v. *Ohio,* 360 U. S. 252. The motion of petitioner for the appointment of counsel is granted and it is ordered that *Milton H. Schmidt, Esquire,* of Cincinnati, Ohio, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel in this case.

No. 974. NEWSOM *v.* SMYTH, SUPERINTENDENT, VIR-GINIA STATE PENITENTIARY. Certiorari, 363 U. S. 802, to the Supreme Court of Appeals of Virginia. The motion of the petitioner for the appointment of counsel is granted and it is ordered that *Armistead L. Boothe, Esquire,* of Alexandria, Virginia, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel in this case.